**Lester EADDY, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE; Pennsylvania Department of Corrections, Appellees.**

Supreme Court of Pennsylvania.

March 4, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 4th day of March, 2004, the order appealed is affirmed.